UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDWARD GARFIELD
COLEMAN, JR.,
    Plaintiff,

v.
                            Case No.: 1:26-cv-176-MW-ZCB

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.
_____/

## **ORDER**

This matter is before the Court on Plaintiff's motion for leave to proceed *in forma pauperis*. (Doc. 2).

In the affidavit of financial status, Plaintiff indicates that he receives $4,935 in retirement benefits per month. (Doc. 2 at 4). Plaintiff listed the following monthly expenses, totaling $2,570:

- $1,500 for rent;
- $420 for utilities;
- $60 for telephone expenses;
- $140 for gasoline;
- $150 for car insurance; and
- $300 for food

(*Id.*).

1

Based on Plaintiff's monthly income and expenses, he has a monthly surplus of $2,365.  In light of the monthly surplus, the Court concludes that Plaintiff has the ability to pay the $405 filing fee.  Thus, Plaintiff has failed to show that he is entitled to proceed *in forma pauperis*.

Accordingly, it is **ORDERED**:

1.     Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **DENIED without prejudice**.

2.     Within **twenty-one days** of the date of this order, Plaintiff shall pay the $405 filing fee to the Clerk of Court or re-file a motion to proceed *in forma pauperis* showing he is unable to pay the fee.

3.     Failure to comply with this order will likely result in dismissal of this action for failure to pay the filing fee and failure to comply with an order of the Court.

**DONE AND ORDERED** this 10th day of August 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

2